United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILBER VALERA-GONZALEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-4782 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Wilber Valera-Gonzalez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center. Representing himself, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On June 23, 2026, the court ordered the federal respondents to file an answer or other responsive pleading. (Docket Entry No. 7). The government answered with an Opposed Motion to Dismiss Habeas Petition as Duplicative. (Docket Entry No. 8). The government argues that this case should be dismissed as duplicative of a habeas petition filed by this same petitioner, via counsel, in *Valera Gonzalez v. Martinez*, Case No. 4:26-cv-4676 (S.D. Tex., J. Ganjei). Valera-Gonzalez has not filed a response to the motion to dismiss.

The court **grants** the respondents' Opposed Motion to Dismiss Habeas Petition as Duplicative (Docket Entry No. 8). This case is **dismissed** without prejudice.

SIGNED on August 18, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge